UNITED STATES of America,
Plaintiff–Appellee,

v.

Guillermo VALLEJO, Defendant–
Appellant.

No. 99–50762.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 10, 2000

Filed Jan. 16, 2001

Amended April 23, 2001

Todd W. Burns, Federal Defenders of San Diego, Inc., San Diego, California, for the defendant-appellant.

Gregory A. Vega, United States Attorney, Deborah J. Rhodes, Assistant United States Attorney (on Petition for Rehearing) and John N. Parmley, Assistant United States Attorney (on Brief), San Diego, California, for the plaintiff-appellee.

Before: B. FLETCHER, THOMAS and WARDLAW, Circuit Judges.

ORDER

The opinion filed January 16, 2001, appearing at 237 F.3d 1008, is amended as follows:

1. On slip opinion page 657, delete footnote 1.

2. Add the following in a footnote (new footnote # 3) after the first sentence of Paragraph 8 in Part III.A.1 on slip opinion page 662:

> This case does not involve the Government's use of "unknowing courier" testimony, in which a law enforcement official testifies that certain drug traffickers do not entrust large quantities of drugs to unknowing transporters.

Therefore, we do not address the admissibility of such testimony.

With this amendment, the panel has voted to deny Appellee's petition for rehearing and to reject the suggestion for rehearing en banc.

The full court has been advised of the suggestion for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R.App. P. 35.

The petition for rehearing is DENIED and the suggestion for rehearing en banc is rejected.